UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHLEEN SEARS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:08-cv-00800-TWP-TAB |
| | ) |
| WELLPOINT, INC., | ) |
| PENSION COMMITTEE OF ANTHEM | ) |
| INSURANCE COMPANIES, INC., | ) |
| ANGELA F. BRALY, | ) |
| WAYNE DEVEYDT, | ) |
| LARRY C. GLASSCOCK, | ) |
| RANDAL C. BROWN, | ) |
| | ) |
| Defendants. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

In light of the fact that this cause has been stayed in light of its consolidation with *Paul West et al., v. WellPoint, Inc., et al.*, Cause No. 08-cv-0486-SEB-TAB, this cause is hereby **ADMINISTRATIVELY CLOSED**.

SO ORDERED: 09/13/2011

---
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution attached.

Distribution to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Theresa S. Gee
O'MELVENY & MYERS, LLP
tgee@omm.com

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

Gary S. Tell
O'MELVENY & MYERS, LLP
gtell@omm.com